# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) RIVERA JR, JESUS D | 2 SSN *****4082 | 3 RANK SGT | 4 SERV USMC | 5 PLP CODE MPEN | 6 DATE PREP 20120125 | 7 PRD COVERED 1-31 JAN | 8 PEBD 20020916 | 9 YRS 09 | 10 EAS 20130927 | 11 ECC 20130927 | 12 MCC 928 | DIST RUC 83001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B FORECAST AMOUNTS | 13 DATE 20120215 | AMOUNT $ 1623.08 | 14 DATE 20120301 | AMOUNT $ 1623.06 | C SPLIT PAY | 15 START DATE | 16 AMOUNT $ .00 | 17 BALANCE $ .00 | 18 POE 12011 | D. DIRECT DEPOSIT/EFT/ADDRESS WELLS FARGO BANK 255 2ND AVE S MAC N9301-041 MINNEAPOLIS     MN 554790000 | | | |

| E | LEAVE INFORMATION | | | | | | | | | F | AVIATION PAY INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 LV BF | 20 EARNED | 21 USED | 22 EXCESS | 23 BAL | 24 MAX ACCRUAL | 25 LOST | 26 SOLD AS OF | 27 CBT LV BAL | 28 ASED | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 OPFLY GATE INFORMATION 0000 |
| 55.0 | 2.5 | 0 | .0 | 57.5 | 50.0 | .0 | .0 | 00000000 .0 | 00000000 | | | | |

| G | | TAX INFORMATION | | | H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |
|---|---|---|---|---|---|
| 33 STATE TAX | | 34 FEDERAL TAX | | 35 FICA (SOCIAL SECURITY TAX) | -INSPECT AND COPY RECORDS PERTAINING TO DEBT -QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE -NEGOTIATE A REPAYMENT SCHEDULE -REQUEST A WAIVER OF DEBT MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND. |
| STATE CODE | CA | | | SSEC WAGES THIS PRD    $2845.20 | |
| EXEMPTIONS | M 01 | EXEMPTIONS | M 01 | SSEC WAGES YTD    $2845.20 | |
| WAGES THIS PRD | $2845.20 | WAGES THIS PRD | $2845.20 | SSEC TAX YTD    $119.50 | |
| WAGES YTD | $2845.20 | WAGES YTD | $2845.20 | MEDICARE WAGES THIS PRD    $2845.20 | |
| STATE TAX YTD | $.00 | FED TAX YTD | $205.53 | MEDICARE WAGES YTD    $2845.20 | |
| | | | | MEDICARE TAX YTD    $41.26 | |

| I | ADDITIONAL BAH INFORMATION | | | | | | J CAREER SEA PAY | | | K EDUCATION DEDUCTION | | L ADMIN INFO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP 32503 | 38 | 39 | 40 | 41 | 42 | 43 DATE 00000000 | TOTAL CAREER SEA SVC 00 YRS  00 MO  00 DA | | 44 TYPE MGIB | 45 MONTHLY AMT $ .00 | 46 TOTAL $ 1200.00 | 47 PAY STATUS 00000 |

| M | RESERVE DRILL INFORMATION | | | | | | N | RESERVE RETIREMENT INFORMATION | | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20020916 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN 5153 |

| 66 AFADBD 20020916 | 67 DEAF 20020514 | 68 TSP TAX DEFERRED $ .00 | 69 TSP TAX EMEMPT $ .00 | 70 |
|---|---|---|---|---|

### O REMARKS

```
    BROUGHT FWD              .00
        ENTITLEMENTS
    BASIC PAY            2,845.20    START 20120101 AMOUNT  2,845.20
                                     TAXABLE FOR FITW, SITW & FICA
    BAS (MONTHLY)          348.44    START 0001 20120101 AMOUNT 348.44
    BAH WITH DEPNS       1,113.00    START 20120101 AMOUNT  1,113.00
        TOTAL            4,306.64
        DEDUCTIONS
    FITW  (FED TAX)        205.53
    SOCIAL SECURITY        119.50
    MEDICARE                41.26
    SGLI $400,000           26.00
    SPOUSE SGLI              5.00
    TSGLI                    1.00
    DENTAL INS ALLOTMENT    31.72    800 UCCI DENTAL
    USN/MC RET HOME           .50
    SUPPORT GARN           625.00    GARNISHMENT 625.00
                                     CA SDU
    AAFES DEBT              18.90    ED 20120125
    CHARITY ALLOTMENT        5.00    0954 NRS CONTRIBUTION
        TOTAL            1,079.41
        PAYMENTS                     DATE       DSSN    VOU         RUC/PRNO
    REGULAR PAYMENT      1,623.07    20120113   6102   0000030007   00001007
    REGULAR PAYMENT      1,604.16    20120201   6102   0000030008   00001008
        TOTAL            3,227.23
    CARRIED FWD              .00
MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00
AN AAFES DEBT OF $  18.90 HAS BEEN DEDUCTED FROM YOUR END-MONTH PAYMENT.
ANY QUESTIONS CONCERNING THE AAFES DEBT, CONTACT AAFES 1-800-654-4074.
** RETIREMENT PLAN REFLECTS:  BLANK**
"ENROLL IN MARINENET FOR SELF-EDUCATION BONUS PROMOTION
POINTS, RESERVE RETIREMENT CREDITS AND TO BECOME A MARINENET
TRAINING MANAGER. VISIT WWW.MARINENET.USMC.MIL FOR DETAILS."
"TAX TIME IS HERE. VERIFY YOUR TAX INFO AND RECEIVE YOUR
STATEMENTS VIA MYPAY."
"REQUEST YOUR BALLOT FOR THE PRESIDENTIAL PRIMARIES. GO TO
WWW.FVAP.GOV   VOTE!"
"THE MARINE CORPS WANTS YOU AND YOUR FAMILY TO "SET A GOAL,
MAKE A PLAN, SAVE AUTOMATICALLY" IN SUPPORT OF MILITARY SAVES
WEEK, FEB 19-26, 2012.  FOR MORE INFO VISIT:
WWW.MILITARYSAVES.ORG."
"GET YOUR TAX REFUND QUICKER WITH IRS E-FILE AND DIRECT
DEPOSIT.  SEE WWW.IRS.GOV AND WWW.FMS.TREAS.GOV/EFT."
```

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) RIVERA JR, JESUS D | 2 SSN *****4082 | 3 RANK SGT | 4 SERV USMC | 5 PLT CODE MPEN | 6 DATE PREP 20120223 | 7 PRD COVERED 1-29 FEB | 8 PEBD 20020916 | 9 YRS 09 | 10 EAS 20130927 | 11 ECC 20130927 | 12 MCC 928 | DIST RUC 83001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| B FORECAST AMOUNTS | 13 DATE 20120315 | AMOUNT $ 1623.07 | 14 DATE 20120330 | AMOUNT $ 1623.06 | C SPLIT PAY | 15 START DATE | 16 AMOUNT $ .00 | 17 BALANCE $ .00 | 18 POE 12011 | D. DIRECT DEPOSIT/EFT/ADDRESS WELLS FARGO BANK 255 2ND AVE S MAC N9301-041 MINNEAPOLIS MN 554790000 |
|---|---|---|---|---|---|---|---|---|---|---|

| E | LEAVE INFORMATION | | | | | | | | F | AVIATION PAY INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 LV BF 57.5 | 20 EARNED 2.5 | 21 USED 0 | 22 EXCESS .0 | 23 BAL 60.0 | 24 MAX ACCRUAL 47.5 | 25 LOST .0 | 26 SOLD AS OF .0 | 27 CBT LV BAL 00000000 | 28 ASED 00000000 | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 OPFLY GATE INFORMATION 0000 |

| G | TAX INFORMATION | | H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |
|---|---|---|---|
| 33 STATE TAX<br>STATE CODE CA<br>EXEMPTIONS M 01<br>WAGES THIS PRD $2845.20<br>WAGES YTD $5690.40<br>STATE TAX YTD $.00 | 34 FEDERAL TAX<br><br>EXEMPTIONS M 01<br>WAGES THIS PRD $2845.20<br>WAGES YTD $5690.40<br>FED TAX YTD $411.06 | 35 FICA (SOCIAL SECURITY TAX)<br><br>SSEC WAGES THIS PRD $2845.20<br>SSEC WAGES YTD $5690.40<br>SSEC TAX YTD $239.00<br>MEDICARE WAGES THIS PRD $2845.20<br>MEDICARE WAGES YTD $5690.40<br>MEDICARE TAX YTD $82.51 | -INSPECT AND COPY RECORDS PERTAINING TO DEBT<br>-QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE<br>-NEGOTIATE A REPAYMENT SCHEDULE<br>-REQUEST A WAIVER OF DEBT<br><br>MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND. |

| I | ADDITIONAL BAH INFORMATION | | | | | | J CAREER SEA PAY | K EDUCATION DEDUCTION | | | L ADMIN INFO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP 32503 | 38 | 39 | 40 | 41 | 42 | 43 DATE TOTAL CAREER SEA SVC 00000000 00 YRS 00 MO 00 DA | 44 TYPE MGIB | 45 MONTHLY AMT $ .00 | 46 TOTAL $ 1200.00 | 47 PAY STATUS 00000 | |

| M | RESERVE DRILL INFORMATION | | | | | N | RESERVE RETIREMENT INFORMATION | | | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20020916 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN 5153 |

| 66 AFADBD 20020916 | 67 DEAF 20020514 | 68 TSP TAX DEFERRED $ .00 | 69 TSP TAX EMEMPT $ .00 | 70 |
|---|---|---|---|---|

```
O REMARKS
    BROUGHT FWD                .00       ****** ANNUAL LES ******
         ENTITLEMENTS
    BASIC PAY              2,845.20      TAXABLE FOR FITW, SITW & FICA
    BAS (MONTHLY)            348.44
    BAH WITH DEPNS         1,113.00
         TOTAL             4,306.64
         DEDUCTIONS
    FITW (FED TAX)           205.53
    SOCIAL SECURITY          119.50
    MEDICARE                  41.25
    SGLI $400,000             26.00
    SPOUSE SGLI                5.00
    TSGLI                      1.00
    DENTAL INS ALLOTMENT      31.72      800 UCCI DENTAL
    TRANSPORTATION         1,363.00      ONETIME ENTRY EFF 20120203
                                         NON-TAXABLE FOR FITW, SITW & FICA
    USN/MC RET HOME             .50
    SUPPORT GARN             625.00      GARNISHMENT 625.00
                                         CA SDU
    CHARITY ALLOTMENT          5.00      0954 NRS CONTRIBUTION
         TOTAL             2,423.50
         PAYMENTS                        DATE       DSSN    VOU         RUC/PRNO
    REGULAR PAYMENT        1,623.08      20120215   6102    0000030009  00001009
    REGULAR PAYMENT          260.06      20120301   6102    0000030010  00001010
         TOTAL             1,883.14
    CARRIED FWD                 .00
    *** ANNUAL LEAVE INFORMATION ***
    RLB    60.0 SLB   0.0 TOT LSL PD   0.0
    *** LEAVE PERIODS THIS ANNIVERSARY YEAR ***
    ANN LEAVE  0001 20110823 TO 2359 20110827 FOR  5.0 DAYS
    MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00
    ** RETIREMENT PLAN REFLECTS:  BLANK**
    "TAX TIME IS HERE. VERIFY YOUR TAX INFO AND RECEIVE YOUR
    STATEMENTS VIA MYPAY."
    "REQUEST YOUR BALLOT FOR THE PRESIDENTIAL PRIMARIES. GO TO
    WWW.FVAP.GOV  VOTE!"
    "GET YOUR TAX REFUND QUICKER WITH IRS E-FILE AND DIRECT
    DEPOSIT.  SEE WWW.IRS.GOV AND WWW.FMS.TREAS.GOV/EFT."
    "TRICARE DENTAL CHANGES TO METLIFE FROM UCCI EFF 1 MAY 2012.
    NEW PREMIUM RATES AND CUST SRVC INFO WILL BE ON MARCH LES."
    "ID CARD EXPIRING? SCHEDULE YOUR APPT AT HTTPS://RAPIDS-
    APPOINTMENTS.DMDC.OSD.MIL AND AVOID LONG WAIT TIMES."
    "IMMINENT DANGER PAY (IDP) CHANGED TO A DAILY RATE OF $7.50 A
    DAY FOR DAYS PER MONTH ACTUALLY IN THE DESIGNATED AREA. DFAS
    SENT A SMARTDOCS NOTIFICATION OF THE CHANGE.  DID NOT RECEIVE?
    UPDATE YOUR EMAIL ADDRESS IN MYPAY. INFO AT WWW.DFAS.MIL"
```

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) RIVERA JR, JESUS D | | 2 SSN *****4082 | 3 RANK CPL | 4 SERV USMC | 5 PLT CODE MPEN | 6 DATE PREP 20120322 | 7 PRD COVERED 1-31 MAR | 8 PEBD 20020916 | 9 YRS 09 | 10 EAS 20130927 | 11 ECC 20130927 | 12 MCC DIST 928 | RUC 83001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B FORECAST AMOUNTS | 13 DATE 20120413 | AMOUNT $2372.65 | 14 DATE 20120501 | AMOUNT $1240.82 | C SPLIT PAY | 15 START DATE | 16 AMOUNT $.00 | 17 BALANCE $.00 | 18 POE 00001 | D. DIRECT DEPOSIT/EFT/ADDRESS | | | | |

| E | LEAVE INFORMATION | | | | | | | | F | AVIATION PAY INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 LV BF | 20 EARNED | 21 USED | 22 EXCESS | 23 BAL | 24 MAX ACCRUAL | 25 LOST | 26 SOLD AS OF | 27 CBT LV BAL | 28 ASED | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 OPFLY GATE INFORMATION 0000 |
| 60.0 | 2.5 | 0 | .0 | 62.5 | 45.0 | .0 | 00000000 | .0 | 00000000 | | | | |

| G | TAX INFORMATION | | | H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |
|---|---|---|---|---|
| 33 STATE TAX | 34 FEDERAL TAX | 35 FICA (SOCIAL SECURITY TAX) | | -INSPECT AND COPY RECORDS PERTAINING TO DEBT -QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE -NEGOTIATE A REPAYMENT SCHEDULE -REQUEST A WAIVER OF DEBT MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND. |
| STATE CODE CA EXEMPTIONS M 01 WAGES THIS PRD $2443.45 WAGES YTD $8133.85 STATE TAX YTD $.00 | EXEMPTIONS M 01 WAGES THIS PRD $2443.45 WAGES YTD $8133.85 FED TAX YTD $556.33 | SSEC WAGES THIS PRD $2443.45 SSEC WAGES YTD $8133.85 SSEC TAX YTD $341.62 MEDICARE WAGES THIS PRD $2443.45 MEDICARE WAGES YTD $8133.85 MEDICARE TAX YTD $117.94 | | |

| I | ADDITIONAL BAH INFORMATION | | | | | | J CAREER SEA PAY | | | K EDUCATION DEDUCTION | | | L ADMIN INFO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP 32503 | 38 | 39 | 40 | 41 | 42 | 43 DATE 00000000 | TOTAL CAREER SEA SVC 00 YRS 00 MO 00 DA | | 44 TYPE MGIB | 45 MONTHLY AMT $.00 | 46 TOTAL $1200.00 | 47 PAY STATUS 00000 | |

| M | RESERVE DRILL INFORMATION | | | | | | N | RESERVE RETIREMENT INFORMATION | | | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20020916 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG FYTD | 53 REG ANNYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN 5153 |

| 66 AFADBD 20020916 | 67 DEAF 20020514 | 68 TSP TAX DEFERRED $.00 | 69 TSP TAX EMEMPT $.00 | 70 |
|---|---|---|---|---|

```
O REMARKS
    BROUGHT FWD                    .00
      ENTITLEMENTS
    BASIC PAY                 1,969.25   START 20120306 AMOUNT  2,363.10
                                         TAXABLE FOR FITW, SITW & FICA
                                474.20   STOP 20120305 AMOUNT  2,845.20
                                         TAXABLE FOR FITW, SITW & FICA
    BAS (MONTHLY)               348.44
    BAH WITH DEPNS              860.00   START 20120306 AMOUNT  1,032.00
                                185.50   STOP 20120305 AMOUNT  1,113.00 ZIP 32503
    BAS DISC MEAL RATE            7.42   START 20120306 STOP 20120306
                                         AMT 7.42
                                         NON-TAXABLE FOR FITW, SITW & FICA
              TOTAL           3,844.81
      DEDUCTIONS
    FITW  (FED TAX)             145.27
    SOCIAL SECURITY             102.62
    MEDICARE                     35.43
    SGLI $400,000                26.00
    SPOUSE SGLI                   5.00
    TSGLI                         1.00
    DENTAL INS ALLOTMENT         31.72   800 UCCI DENTAL
    BAS DISC MEAL RATE          257.40   START 0001 20120306 AMOUNT 9.90
    USN/MC RET HOME                .50
    SUPPORT GARN                625.00   GARNISHMENT 625.00
                                         CA SDU
    AAFES DEBT                  363.57   ED 20120322
    CHARITY ALLOTMENT             5.00   0954 NRS CONTRIBUTION
              TOTAL           1,598.51
      PAYMENTS                             DATE       DSSN     VOU         RUC/PRNO
    REGULAR PAYMENT           1,114.49   20120315    6102    0000030011   00001011
              TOTAL           1,114.49
    CARRIED FWD               1,131.81
    MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00 FROM 20120306
    PAY GRADE CHANGED EFFECTIVE 20120306
    AN AAFES DEBT OF $ 363.57 HAS BEEN DEDUCTED FROM YOUR END-MONTH PAYMENT.
    ANY QUESTIONS CONCERNING THE AAFES DEBT, CONTACT AAFES 1-800-654-4074.
    ** RETIREMENT PLAN REFLECTS:  BLANK**
    "GET YOUR TAX REFUND QUICKER WITH IRS E-FILE AND DIRECT
    DEPOSIT.  SEE WWW.IRS.GOV AND WWW.FMS.TREAS.GOV/EFT."
    "ID CARD EXPIRING? SCHEDULE YOUR APPT AT HTTPS://RAPIDS-
    APPOINTMENTS.DMDC.OSD.MIL AND AVOID LONG WAIT TIMES."
    "IMMINENT DANGER PAY (IDP) CHANGED TO A DAILY RATE OF $7.50 A
    DAY FOR DAYS PER MONTH ACTUALLY IN THE DESIGNATED AREA. DFAS
    SENT A SMARTDOCS NOTIFICATION OF THE CHANGE.  DID NOT RECEIVE?
    UPDATE YOUR EMAIL ADDRESS IN MYPAY.  INFO AT WWW.DFAS.MIL"
    "YOUR VOTE CAN SHAPE THE FUTURE - MAKE SURE YOU'RE REGISTERED!
    GO TO HTTP://WWW.FVAP.GOV FOR STATE-SPECIFIC INFORMATION."
    "APRIL 2012 TRICARE DENTAL PREMIUMS DECREASE WITH METLIFE.
    FIND NEW PREMIUM RATES, ENROLLMENT AND CUST SVC INFO AT
    WWW.TRICARE.MIL/DENTAL OR 1-855-MET-TDP1 (1-855-638-8371)."
```

# MARINE CORPS TOTAL FORCE LEAVE AND EARNINGS STATEMENT

| A ID INFO | 1 NAME (LAST, FIRST, MI) RIVERA JR, JESUS D | 2 SSN *****4082 | 3 RANK CPL | 4 SERV USMC | 5 PLT CODE MPEN | 6 DATE PREP 20120418 | 7 PRD COVERED 1-30 APR | 8 PEBD 20020916 | 9 YRS 09 | 10 EAS 20130927 | 11 ECC 20130927 | 12 MCC 928 | DIST RUC 83001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B FORECAST AMOUNTS | 13 DATE 20120515 | AMOUNT $2483.55 | 14 DATE 20120601 | AMOUNT $1231.35 | C SPLIT PAY | 15 START DATE | 16 AMOUNT $ .00 | 17 BALANCE $ .00 | 18 POE 00001 | D. DIRECT DEPOSIT/EFT/ADDRESS | | | |

| E | LEAVE INFORMATION | | | | | | | | | F | AVIATION PAY INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 LV BF 62.5 | 20 EARNED 2.5 | 21 USED 0 | 22 EXCESS .0 | 23 BAL 65.0 | 24 MAX ACCRUAL 42.5 | 25 LOST .0 | 26 SOLD AS OF .0 | 27 CBT LV BAL 00000000 .0 | 28 ASED 00000000 | 29 DIFOP TOTAL YRS MO | 30 PRIOR DIFOP START | 31 PRIOR DIFOP STOP | 32 OPFLY GATE INFORMATION 0000 | |

| G | TAX INFORMATION | | H. RIGHTS OF MARINES INDEBTED TO THE GOVERNMENT YOU HAVE THE RIGHT TO: |
|---|---|---|---|
| 33 STATE TAX<br>STATE CODE CA<br>EXEMPTIONS M 01<br>WAGES THIS PRD $2363.10<br>WAGES YTD $10496.95<br>STATE TAX YTD $.00 | 34 FEDERAL TAX<br><br>EXEMPTIONS M 01<br>WAGES THIS PRD $2363.10<br>WAGES YTD $10496.95<br>FED TAX YTD $693.47 | 35 FICA (SOCIAL SECURITY TAX)<br>SSEC WAGES THIS PRD $2363.10<br>SSEC WAGES YTD $10496.95<br>SSEC TAX YTD $440.87<br>MEDICARE WAGES THIS PRD $2363.10<br>MEDICARE WAGES YTD $10496.95<br>MEDICARE TAX YTD $152.21 | -INSPECT AND COPY RECORDS PERTAINING TO DEBT<br>-QUESTION VALIDITY OF A DEBT AND SUBMIT REFUTING EVIDENCE<br>-NEGOTIATE A REPAYMENT SCHEDULE<br>-REQUEST A WAIVER OF DEBT<br><br>MORE INFORMATION ABOUT YOUR RIGHTS CAN BE OBTAINED FROM YOUR COMMANDING OFFICER VIA YOUR CHAIN OF COMMAND. |

| I | ADDITIONAL BAH INFORMATION | | | | | J | CAREER SEA PAY | | K | EDUCATION DEDUCTION | | L | ADMIN INFO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 37 BAH ZIP 32503 | 38 | 39 | 40 | 41 | 42 | 43 DATE TOTAL CAREER SEA SVC 00000000 00 YRS 00 MO 00 DA | | 44 TYPE MGIB | 45 MONTHLY AMT $ .00 | 46 TOTAL $ 1200.00 | 47 PAY STATUS 00000 | | |

| M | RESERVE DRILL INFORMATION | | | | | N | RESERVE RETIREMENT INFORMATION | | | | | | 48 PAY GROUP 00013 | 49 CRA DATE 20020916 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 REG | 53 REG FYTD | 54 REG ANNYTD | 55 ADD | 56 ADD FYTD | 57 ADD ANNYTD | 58 BF ANNYTD | 59 ACDU THIS PRD | 60 DRILL THIS PRD | 61 OTHER THIS PRD | 62 MBR THIS PRD | 63 END BAL ANNYTD | 64 TOTAL SAT YRS | 65 TOTAL RET PTS | 50 RESERVE ECC | 51 DSSN 5153 |
| 66 AFADBD 20020916 | 67 DEAF 20020514 | 68 TSP TAX DEFERRED $ .00 | 69 TSP TAX EMEMPT $ .00 | 70 | | | | | | | | | | | |

```
O REMARKS
     BROUGHT FWD            1,131.81
           ENTITLEMENTS
     BASIC PAY              2,363.10    TAXABLE FOR FITW, SITW & FICA
     BAS (MONTHLY)            348.44
     BAH WITH DEPNS         1,032.00
                TOTAL       3,743.54
           DEDUCTIONS
     FITW (FED TAX)           137.14
     SOCIAL SECURITY           99.25
     MEDICARE                  34.27
     SGLI $400,000             26.00
     SPOUSE SGLI                5.00
     TSGLI                      1.00
     DENTAL INS ALLOTMENT      30.89    700 METLIFE
                                        START 20120401 AMOUNT 30.89
     BAS DISC MEAL RATE       297.00
     USN/MC RET HOME             .50
     SUPPORT GARN             625.00    GARNISHMENT 625.00
                                        CA SDU
     CHARITY ALLOTMENT          5.00    0954 NRS CONTRIBUTION
                TOTAL       1,261.05
           PAYMENTS                     DATE       DSSN     VOU          RUC/PRNO
     SPECIAL PAYMENT        1,241.00    20120413   6102     000000S038   00001038
     SPECIAL PAYMENT        1,131.00    20120330   6102     000000S092   00001092
                TOTAL       2,372.00
     CARRIED FWD            1,242.30
     MBR IS ENTITLED TO CONUS COLA.  COMPUTED AMT IS $0.00
     ** RETIREMENT PLAN REFLECTS:  BLANK**
     "DFAS IS NOW ON FACEBOOK AT
     WWW.FACEBOOK.COM/DEFENSEFINANCEANDACCOUNTINGSERVICE."
     "ID CARD EXPIRING? SCHEDULE YOUR APPT AT HTTPS://RAPIDS-
     APPOINTMENTS.DMDC.OSD.MIL AND AVOID LONG WAIT TIMES."
     "IMMINENT DANGER PAY (IDP) CHANGED TO A DAILY RATE OF $7.50 A
     DAY FOR DAYS PER MONTH ACTUALLY IN THE DESIGNATED AREA. DFAS
     SENT A SMARTDOCS NOTIFICATION OF THE CHANGE. DID NOT RECEIVE?
     UPDATE YOUR EMAIL ADDRESS IN MYPAY. INFO AT WWW.DFAS.MIL"
     "REGISTERED TO VOTE? DON'T JUST TALK ABOUT IT - BE ABOUT IT!
     SEE YOUR UVAO OR HTTP://WWW.FVAP.GOV/MAP.HTML (LOWER CASE)."
     "METLIFE TRICARE DENTAL PROVIDER NOW IN EFFECT.  QUESTIONS
     REGARDING DENTAL PREMIUM DEDUCTIONS CONTACT CUST SERVICE AT
     WWW.TRICARE.MIL/DENTAL OR 1-855-MET-TDP1 (1-855-638-8371)."
```